# Court of Appeals
# of the State of Georgia

ATLANTA,  March 23, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0592.  ADEWUNMI O. SOBOWALE v. REBECCA EDWARDS SMITH et al.

Counsel for Appellant has filed a notice of death of Appellant Adewunmi O. Sobowale and a motion to stay the appeal until an estate can be formed and an appropriate representive appointed.  "[T]he effect of the death is to suspend the action as to the decedent until someone is substituted for the decedent as a party to the proceedings." (Citation and punctuation omitted.) *Roberts v. JP Morgan Chase Bank, Nat. Assn.*, 362 Ga. App. 375, 376 (868 SE2d 491) (2022). However, the Georgia Constitution requires that the appellate courts dispose of every case by the end of the next term after a case is docketed for hearing.  Ga. Const. of 1983, Art. VI, Sec. IX, Par. II.  Because of this constitutional requirement, the Court cannot suspend a pending matter indefinitely.

Counsel for Appellant notes that an estate is still in the process of being formed for the purpose of appointing an appropriate representative and that the "process is not yet complete."  Accordingly, because of the uncertainty as to when a representative will be appointed and the constitutional time constraints applicable to this Court, the motion to stay is hereby DENIED.  This appeal is REMANDED to the trial court until a legal representative can be appointed and substituted for Appellant as a party to the case.  Once such a substitution occurs, the record may then be retransmitted and the case redocketed with the Court of Appeals. Upon redocketing, briefing shall proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,* __*03/23/2023*__

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*